No. 73–5438. MATHERS *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–5464. THOMAS *v.* TWOMEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–5478. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5479. LAWSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5480. HARRIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5497. KAPPAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5500. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5515. FAULKNER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5516. McINTYRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5525. ZUMBERGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5527. HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5531. DIANA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5543. DIXON *v.* LEVINE, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.